PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:04CR00002-001 (KAJ)

DOCKET NUMBER *(Rec. Court)*
CR10-113 (FLW)

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Warren Jones Moore<br>22 Allegheny Drive<br>Bordentown, New Jersey 08505 | Delaware | Wilmington |
| | NAME OF SENTENCING JUDGE<br>The Honorable Kent A. Jordan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>November 21, 2008 — TO November 20, 2013 |

OFFENSE
Bank Fraud (3 cts.) 18 U.S.C. § 1341

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/21/10
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/23/10
Effective Date

*[signature]*
United States District Judge