**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

MICHAEL A. McLEAN
SUPERVISING U.S. PROBATION OFFICER

JOHN A. SKORUPA
SUPERVISING U.S. PROBATION OFFICER

June 17, 2010

RECEIVED
JUN 21 2010
AT 8:30_____M
WILLIAM T. WALSH
CLERK

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

Honorable Freda L. Wolfson
United States District Court Judge
Clarkson S. Fisher Courthouse
402 East State Street
Trenton, New Jersey 08608

RECEIVED
JUN 18 2010
CHAMBERS OF US DISTRICT JUDGE
FREDA L. WOLFSON

RE: MOORE, Warren
Dkt. No.: 10-00113-001
<u>Status of Bail for Offender Pending
Violation of Supervised Release</u>

Dear Judge Wolfson,

On February 27, 2006, the above named offender was sentenced by the Honorable Kent A. Jordan from the District of Delaware to 71 months imprisonment for his conviction of Bank Fraud. This term of imprisonment was to be followed by a 5 year term of supervised release which commenced in the District of New Jersey on November 21, 2008.

Jurisdiction of this case was transferred to Your Honor on February 23, 2010.

A warrant was issued by the Court after the probation office verified that the offender had moved from his residence without notifying the probation office and incurred multiple new arrests for various fraud schemes throughout Mercer and Burlington Counties in New Jersey, as well as in Bucks County, Pennsylvania.

The offender was arrested on the warrant and appeared before the Honorable Lois H. Goodman, United States Magistrate Court Judge, on March 3, 2010 for an initial appearance and was released on a $20,000 personal recognizance bond. The offender had his first appearance before Your Honor on April 13, 2010 where the case was adjourned until July 12, 2010, in the hopes that one or more of the pending state cases was decided in order to more efficiently move forward with the charges alleged in the violation.

Since that time, our office has been made aware of two new incidents of fraud perpetuated by this offender. On May 15, 2010, officers from the Ewing Township Police Department contacted the probation office and shared that the offender had used a bad check at the STS Tire on Olden Avenue to pay for car repairs for a Mercedes Benz in the amount of $943. On June 8, 2010, the probation office was notified by this same police department of another instance of a bad check being cashed

at a bank in the amount of $5,000. In this particular case, the offender used his own daughter, an employee at the bank, to perpetrate the offense. When she learned the check was bad, she submitted a signed statement to police, implicating her father in this crime.

We respectfully request that the offender's bail supervision be revoked at this time and that a violation hearing be scheduled at the Court's earliest convenience.

We remain available to discuss this case with Your Honor.

Very truly yours,

By: Shawn Marie Leakan
U.S. Probation Officer

/sml

The Court orders the following:

__X__ Bail conditions are **revoked** and the Court will issue a warrant for the offender to be taken into custody pending a violation hearing.

_____ Bail conditions are **continued** with the offender to appear in Court on July 12, 2010 as scheduled for the pending violation hearing.

Honorable Freda L. Wolfson / Date
United States District Court Judge