PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

10-113

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Warren Moore

**Docket Number:**
**PACTS Number:** 38210

**Name of Sentencing Judicial Officer:** Honorable Kent A. Jordan, United States District Court Judge for the District of Delaware; Reassigned to the Honorable Freda L. Wolfson, United States District Court Judge, on February 23, 2010

**Date of Original Sentence:** 02/27/2006

**Original Offense:** BANK FRAUD

**Original Sentence:** 71 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 11/21/08

**Assistant U.S. Attorney:** To Be Assigned

**Defense Attorney:** To Be Assigned

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On 04/22/09, officers from the Ewing Township Police Department were dispatched to a PNC Bank, located at 1800 North Olden Avenue in Ewing, for reports of a $5,153.35 credit card fraud committed by the offender. The offender has been indicted in Mercer County for this offense and a warrant has been issued. |

RECEIVED

JUL 12 2010

AT 8:30__________M
WILLIAM T. WALSH
CLERK

2 The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On 09/01/09, officers from the Ewing Township Police Department were dispatched to 1740 North Olden Avenue, the location of an Aaron's Store. The offender purchased $2,304.34 of electronic equipment, namely a Sony 52" Bravia television, by using a fraudulent credit card. The offender has been indicted in Mercer County for this offense and a warrant has been issued.

3 The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On 01/23/10, officers from the Robbinsville Police Department responded to H&H Appliance Center, located at 80 North Main Street, Windsor, New Jersey, after the offender purchased appliances in the amount of $6,630 by using a fraudulent credit card. A warrant for his arrest has been issued by Robbinsville Municipal Court.

4 The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

A warrant has been issued for the offender in Falls Twp, Pennsylvania after the offender was charged with Theft of Services at a car dealership involving a fraudulent check and credit card used by the offender.

5 The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On 10/09/09, in Lawrence Township, New Jersey, the offender used a fraudulent credit card to pay for car services at a Mercedes Benz dealership, with a total loss of $6,319.87. The offender was arrested on February 20, 2010 and posted a $20,000.00 bail on February 22, 2010. The charges are pending in Mercer County Superior Court.

6 The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

The last known address reported and verified by the probation office was at 43 Allegheny Drive in Bordentown, New Jersey. The offender moved out of this residence in November 2009 and his present whereabouts are unknown.

7 The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

As evidenced by the pending charges in Falls Township, Pennsylvania, the offender has traveled to Pennsylvania and did not have permission from the probation office to do so.

8 The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $361,683.29"**

The offender has paid only $430.61 towards his restitution since his term of supervision commenced on 11/21/08.

9 The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

The offender has not worked since he has been on supervision. He attempted to enroll in a nursing program, and then later provided a false paystub to a third party indicating that he was a nurse at Robert Wood Johnson Hospital as verification of his employment. This paystub, as verified by the probation office and the Director of Human Resources at Robert Wood Johnson Hospital, was fraudulent and was not verification of this offender's employment.

10 The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On May 14, 2010, the manager of STS Tire Center in Ewing, New Jersey filed a complaint against the offender, stating the offender had purchased four new tires for a Mercedes Benz, which amounted to $943. The offender paid with a check, which was later returned to STS Tire as the account from which the check was drawn had been closed.

11 The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On June 4, 2010, a fraud analyst and officers from the Ewing Police Department interviewed witnesses to a fraud committed by the offender at the TD Bank Branch in Ewing Township. Monique Sherman, the offender's daughter and a teller at the TD Bank Branch, provided a statement in which she admits to depositing a check on May 6, 2010, which was written by her father into her own account, with the understanding that she was going to withdraw the funds for him the following day. (He asked her to do this as he reported no having the funds available to cover the check and having insufficient overdraft protection available for him to do it himself.) The following day, Sherman saw the funds were available in her account and withdrew $3,000 out of her account to give to her father. When the check was later returned, Sherman contacted the Bank of America to see why. She was informed that the account was closed.

12 The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On June 22, 2010, the probation office spoke with officers from the Bristol Township, Pennsylvania Police Department regarding a fraud allegedly perpetrated by the offender. One June 15, 2010, officers responded to Hennessey Trailers, located at 7010 Bristol Pike for theft of a trailer. Upon interviewing the victim, it was learned that on May 26, 2010, the offender bought a box trailer and

accessories in the amount of $4,609 using a fraudulent credit card and fake authorization code. On June 11, 2010, the victim received a phone call that the authorization code was invalid and the money would be taken out of the business account. The offender provided identification to the victim at the time of sale: Warren Moore, 707 Somerset Drive, Somerset, New Jersey, 08873.

13 The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On June 25, 2010, the probation office received a call from a victim, N.T. She stated that she cashed one of the offender's checks in the amount of $2,500 against her own account and gave him the cash. She reports that he needed the money for an emergency trip that he needed to take out of town and he did not thing that his bank would cash his check. Her credit union later contacted her and reported that the check filled out by Warren Moore was to a nonexistent account and she was going to be charged the money. A complaint has been filed with the Ewing Police Department (Complaint No. 0-18463).

I declare under penalty of perjury that the foregoing is true and correct.

By: Shawn Marie Leakan
U.S. Probation Officer
Date: 7/12/10

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: ____________.
[ ] No Action
[ ] Other

Signature of Judicial Officer

7/12/10
Date