PROB 12C
(7/93)

RECEIVED
DEC 12 2012
AT 8:30_____M
WILLIAM T. WALSH CLERK

United States District Court

for

District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Warren Moore     **Docket Number:** 10-00113-001
    **PACTS Number:** 38210

**Name of Sentencing Judicial Officer:** HONORABLE FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** February 27, 2006

**Original Offense:** BANK FRAUD

**VOP:** On July 22, 2010, the offender appeared before Your Honor and pled guilty to Count Two charging him with Committing a New Offense. He was sentenced to a 10 month custodial term followed by two years supervised release.

**Original Sentence:** 71 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** May 13, 2011

**Assistant U.S. Attorney:** Harvey Bartle, 402 East State Street, Room 502, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** Lisa Van Hoeck, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On February 12, 2012, a warrant was issued by Springfield Township Police by Municipal Court Judge Richard Andronici. |
| | According to the complaint filed by Springfield Township Police in Burlington County, on November 19, 2011, the offender did commit the offense of Theft by Deception by purposely obtaining property belonging to Central Jersey Equipment, LLC, through creating or reinforcing a false impression by purchasing equipment using a fraudulent credit card. |

The bail in this matter has been set at $15,000 no 10% option.

On May 31, 2012, the grand jury indicted the offender under Indictment #2012-05-0726 and charged him with the following offenses:

Ct. 1: Theft by Failure to Make Required Disposition of Property Received, 3rd Degree
Ct. 2: Theft by Failure to Make Required Disposition of Property Received, 3rd Degree

This matter is scheduled for an arraignment/conference on January 28, 2013, before the Honorable James W. Palmer.

The Probation Office has determined this conduct constitutes a **Grade B violation.**

2   The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On February 29, 2012, a warrant was issued by Springfield Township Police by Municipal Court Judge Richard Andronici.

According to the complaint filed by Springfield Township Police in Burlington County, on November 16, 2011, the offender did commit the offense of Theft by Deception by purposely obtaining property belonging to Central Jersey Equipment, LLC, through creating or reinforcing a false impression by purchasing equipment using a fraudulent credit card.

The bail in this matter has been set at $15,000 no 10% option.

On May 31, 2012, the grand jury indicted the offender under Indictment #2012-05-0726 and charged him with the following offenses:

Ct. 1: Theft by Failure to Make Required Disposition of Property Received, 3rd Degree
Ct. 2: Theft by Failure to Make Required Disposition of Property Received, 3rd Degree

This matter is scheduled for an arraignment/conference on January 28, 2013, before the Honorable James W. Palmer.

The Probation Office has determined this conduct constitutes a **Grade B violation.**

3   The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On March 19, 2012, a warrant was issued by Maple Shade Police after the offender fraudulently used a credit card in their jurisdiction.

According to the complaint filed by Maple Shade Police in Burlington County, on November 2, 2011, the offender did knowingly use a fraudulently obtained credit card to obtain items of value, specifically by purchasing two snowblowers valued at $2,139.98 from South Jersey Mowers using Mastercard 5178-0582-7109-6607 for which the credit card was fraudulent and funds were not authorized. This matter was sent to Burlington County Superior Court for prosecution.

On June 14, 2012, the grand jury indicted the offender under Indictment #2012-06-0899 and charged him with the following offenses:

Ct. 1: Fraudulent Use of Credit Cards, 3rd Degree
Ct. 2: Fraudulent Use of Credit Cards, 3rd Degree
Ct. 3: Theft by Deception, 3rd Degree
Ct. 4: Conspiracy, 3rd Degree
Ct. 5: Conspiracy, 3rd Degree
Ct. 6: Unlawful Theft or Receipt of Credit Card

This matter is scheduled for an arraignment/conference on January 28, 2013, before the Honorable James W. Palmer.

The Probation Office has determined this conduct constitutes a **Grade B violation.**

4. The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On April 12, 2012, a complaint was filed against the offender by Hopewell Township Police.

According to the complaint, the offender did commit the offense of Theft by Unlawful Taking or exercising control over certain movable property, to wit, a red and black Toro Zero Turn Riding Mower, Model 74296, and serial number 311001477, valued at $8,559.95, belonging to Rosedale Mills with the intent to deprive the owner thereof, specifically by using a fraudulent credit card to purchase the mower.

On July 17, 2012, this matter was forwarded to the Mercer County Prosecutor's Office for prosecution and is pending in State Court.

The Probation Office has determined this conduct constitutes a **Grade B violation.**

5. The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On July 30, 2012, a warrant was issued by Robbinsville Police Department after the offender was charged with Theft by Deception and Fraudulent Use of a Credit Card.

According to the complaint, on May 22, 2012, the offender did commit the offense of Theft by Deception by purposely obtaining property belonging to Central Jersey Power Equipment, 19 Woodside Road, through creating or reinforcing a false impression, specifically by presenting himself to be one Michael Rodin and using a Chase Credit Card in the same name to purchase a lawn mower valued at $3,208.93.

On October 4, 2012, the grand jury indicted the offender under Indictment #2012-06-0899 and charged him with the following offenses:

Ct. 1: Theft by Deception, 3rd Degree
Ct. 2: Fraudulent Use of Credit Cards, 3rd Degree

This matter is scheduled for an arraignment/conference on January 28, 2013, before the Honorable James W. Palmer.

The Probation Office has determined this conduct constitutes a **Grade B violation.**

| | |
|---|---|
| 6 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

On July 10, 2012, the offender was arrested by Delanco Police Department and charged with the following offenses: Credit Card Fraud, Credit Card Theft, and Possession of a Forged Document, specifically a fraudulent drivers license.

Details of the offense are as follows: On July10, 2012, Delanco Police Officers responded to Lowthers Small Engine, Inc, located at 1009 Coopertown Road on a report of an individual attempting to use a fraudulent credit card. When officers arrived on the scene, they spoke with an employee named Dave Loringer. According to Mr. Loringer, the individual later identified as Warren Moore, gave him a credit card to purchase a lawn mower. The card did not look right so Mr. Loringer contacted the bank number on the card and was informed that the card was not valid. While talking to Mr. Loringer, police approached Moore and asked him to have a seat on a retaining wall near his vehicle. Moore jumped up and began running towards Coopertown Road. A chase ensued and police apprehended Moore behind a store located on 1000 Cooperstown Road. Moore was placed under arrest and taken to police headquarters. Upon a search of his person, Moore was found with three fraudulent credit cards with different names that matched three fraudulent N.Y. State drivers licenses. Bail was set at $35,000 no 10%. Moore was charged with Obstruction, Credit Card Theft, and Fraudulent Use of a Credit Card.

On October 4, 2012, the grand jury indicted the offender under Indictment #2012-06-0899 and charged him with the following offenses:

Ct. 1: Theft by Deception, 3rd Degree
Ct. 2: Fraudulent Use of a Credit Card, 3rd Degree
Ct. 3: Fraudulent Use of a Credit Card, 3rd Degree
Ct. 4: Possessing a False Document, 3rd Degree
Ct. 5: Possessing a False Document, 3rd Degree
Ct. 6: Unlawful Theft or Receipt of Credit Card
Ct. 7: Obstructing Administration of Law Theft by Deception, 3rd Degree
Ct. 8: Resisting Arrest, 3rd Degree
Ct. 9: Possessing a False Document, 3rd Degree
Ct. 10: Theft of Credit Card, 3rd Degree
Ct. 11: Possessing a False Document, 3rd Degree
Ct. 12: Unlawful Theft or Receipt of Credit Card, 3rd Degree

The Probation Office has determined this conduct constitutes a **Grade B violation.**

| | |
|---|---|
| 7 | The offender has violated the standard supervision condition which states **You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |

The offender has not submitted any monthly reports since March 2012.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

PROB 12C - Page 5  
Warren Moore

I declare under penalty of perjury that the foregoing is true and correct.

By: Edwin Vazquez  
Senior U.S. Probation Officer  
Date: December 7, 2012

THE COURT ORDERS:

[X] The Issuance of a Warrant  
[ ] The Issuance of a Summons.   Date of Hearing: _____.  
[ ] No Action  
[ ] Other

_____  
Signature of Judicial Officer

12/12/12  
Date